**UNITED STATES of America, Appellee,**

v.

**Emeterio Rojas SILVA, Appellant.**

No. 04–4130.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2005.

Decided Dec. 20, 2005.

Jason T. Griess, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Jack E. Dusthimer, Davenport, IA, for Appellant.

Emeterio Rojas Silva, Greenville, IL, pro se.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Emeterio Rojas Silva filed a 28 U.S.C. § 2255 motion seeking relief, based on the Supreme Court's holding in *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), from his 120–month statutory-minimum sentence imposed on his drug convictions in 2002. The district court[1] denied relief, but granted a certificate of appealability on whether the rule announced in *Blakely,* or now *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), applies retroactively to cases on collateral review. We have since decided that it does not. *See Never Misses A Shot v. United States,* 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. Counsel's motion to withdraw is granted.

___

1. The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.